JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ERNEST LEE ALLEN,

     Plaintiff,

   v.

REED, et al.,

     Defendants.

Case No. 2:19-cv-09774-VBF-JC

JUDGMENT

  In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed.

Dated: July 8, 2020

_____

HONORABLE VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE